# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 662 |
| | : | |
| ORDER AMENDING RULES 170 AND | : | SUPREME COURT RULES |
| 173 OF THE RULES OF JUVENILE | : | |
| COURT PROCEDURE | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12TH day of February, 2015, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the modifications to Rules 170 and 173 of the Rules of Juvenile Court Procedure are approved in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.

    Madame Justice Todd dissents.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.